IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| AMY WILMARTH, <br><br> Plaintiff, <br><br> v. <br><br> F. ERWIN MCKENZIE, JR., <br> Executor of the Estate of <br> MARTHA W. MCKENZIE, <br><br> Defendant. | Case No. 5:05CV227 |

## ORDER

Having read and considered the Motion for Admission of Mark B. Holland *Pro Hac Vice*, the Court observes that said attorney is not a member or resident of this District, is a member in good standing of the United States District Court for the Western District of Virginia, and satisfies the requirements for Admission *Pro Hac Vice*. Said Motion is, therefore, GRANTED. Attorney Mark B. Holland hereby is admitted to practice before this Court in the above-captioned matter and any adversary proceedings arising hereunder. This ORDER shall not be considered admission to practice generally before this the United States District Court for the Western District of North Carolina.

SO ORDERED, this 31st day of August, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

1

**EXHIBIT A**