# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:05CV227

| | |
|---|---|
| AMY WILMARTH,       )<br>         Plaintiff,       )<br>                           )<br>vs.                        )<br>                           )<br>F. ERWIN MCKENZIE, JR.,    )<br>Executor of the Estate of  )<br>MARTHA W. MCKENZIE,        )<br>Deceased,                  )<br>         Defendant.       )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Withdraw Plaintiff's Motion to Determine the Sufficiency of Discovery Responses and Motion to Compel Discovery" (Document No. 26) filed on April 13, 2006.

On November 10, 2005, the Plaintiff filed a "Motion to Determine the Sufficiency of Discovery Responses and Motion to Compel Discovery" (Document No. 12). The Plaintiff now seeks to withdraw that Motion. For good cause shown, the Court grants the Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw Plaintiff's Motion to Determine the Sufficiency of Discovery Responses and Motion to Compel Discovery" (Document 26) is **GRANTED**. The Court directs the Clerk's office to remove the Plaintiff's discovery motion (Document No. 12) from the Court's docket of pending motions, and to notify counsel that the hearing set on April 25, 2006, is cancelled.

Signed: April 14, 2006

David C. Keesler
United States Magistrate Judge