RE: Wilmarth vs McKenzie
5:05CV227

FILED
STATESVILLE, N.C.
JUN 30 2008
U.S. DISTRICT COURT
W. DIST. OF NC

Judge Voorhees,

The medical bills and records that have been subpoenaed are in sealed envelopes in the clerk's office. We would like to examine them but need your permission since the documents are under seal.

Do you mind if we look at them today or do we need to wait until tomorrow?

Thank you,

John Willardson & Paul Daniels
Attorneys for Defendant


Ordered unsealed
Richard L. Voorhees
U.S.D.J.
W.D.N.C.