UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:05CV227

FILED
IN COURT
STATESVILLE, N. C.

JUL 9 2008

U. S. DISTRICT COURT
W. DIST. OF N. C.

AMY WILMARTH )
)
    Plaintiff, )
vs. )    ORDER
)
F. ERWIN McKENZIE, JR., )
EXECUTOR OF THE ESTATE OF )
MARTHA W. McKENZIE, )
)
    Defendant. )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 9th day of July, 2008.

_____
United States Judge Presiding